**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAFETY FIRST AMBULANCE, LLC., | |
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 26-233 |
| EVEREST DENALI INSURANCE CO., | |
| *Defendant.* | |

**ORDER**

**AND NOW**, this 5th day of March 2026, upon consideration of Plaintiff Safety First's Complaint, (Dkt. No. 1-1), Defendant Everest Denali's Motion to Dismiss, (Dkt. No. 7), Plaintiff's Response, (Dkt. No. 15), and Defendant's Reply, (Dkt. No. 18), it is **ORDERED** that the Motion is **GRANTED**.  Safety First's Complaint is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.